UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| v. | No. 18 CR 157-4 |
| | Honorable John Z. Lee |
| DEON PUGH | |
| Defendant | |

## MOTION TO WITHDRAW AS COUNSEL

Deon Pugh, defendant herein, through his attorney, Carl P. Clavelli, respectfully submits the following request to be withdrawn as counsel, and states as follows:

1. On March 14, 2018, the defendant Deon Pugh appeared before this Court and the Federal Defender program was appointed as his counsel. DE 45, 46, 47. On March 17, 2018, panel attorney Carl Clavelli entered his appearance. DE 82.

2. Since that date counsel has represented the defendant Pugh but now must move to withdraw as his appointed counsel. The basis for this Motion to Withdraw is the recent, failing health of appointed counsel who is no longer able to act effectively as defense counsel.

3. Pugh's matter is set for a bench trial on October 11, 2021. DE 650, 666. This request for substitute counsel is made in good faith and not for purposes of delay.

WHEREFORE, for the above and foregoing reasons, Deon Pugh, defendant herein, moves for the entry of an appropriate Order withdrawing Carl Clavelli as his appointed counsel.

Respectfully submitted,

/S/ Carl P. Clavelli
Carl P. Clavelli
1420 Renaissance Dr., Suite 213
Park Ridge, IL  60068
Attorney for Deon Pugh
(312) 953-8165

## CERTIFICATE OF SERVICE

The undersigned counsel for the defendant, Deon Pugh, hereby certifies that in accordance with F.Rule Crim. P., Rule 49, and the General Order on electronic Case Filing the foregoing document was served pursuant to the district Court's ECF system.

Respectfully submitted,

*S// Carl P. Clavelli*
Carl P. Clavelli